AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: New Hampshire | |
|---|---|---|
| Name (under which you were convicted):<br>Andrew Butler | | Docket or Case No.:<br>None |
| Place of Confinement:<br>New Hampshire State Prison for Men<br>Special Pyschiatrict Unit 281 N. State St. Concord, NH | | Prisoner No.:<br>114971 |
| Petitioner (include the name under which you were convicted)<br><br>Andrew Butler v. | | Respondent (authorized person having custody of petitioner)<br>Michael Zenk<br>Deborah Robinson |
| The Attorney General of the State of: New hampshire | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   There is no criminal conviction. The Petitioner was civily committed to the New Hampshire State Hospital and involuntarily transferred to the New Hampshire State Prison for Men Special Psychiatric Unit

   (b) Criminal docket or case number (if you know): None

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing:

3. Length of sentence: Indefinite civil commitment now held involuntarily in maximum security prison

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: The Petitioner waws never convicted of a crime and is held by civil commitment only. Even though he is civily commited only, he is held in a maximum security prison. He is held as a mental health patient without being in an acredited hospital, denied contact visits with his father, denied contact visits with his attorney, forced to wear prison clothing. He is locked down 23 hours a day. He has been tasered. The treatment he has received is is cruel and unusual punishment without having been convicted of a crime and with no pending criminal process.

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

    The Petitioner is held on civil proceess only

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ❐ Jury    ❐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ❐ Yes    ❐ No

8. Did you appeal from the judgment of conviction?

    ❐ Yes    ❐ No

9. If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    (g) Did you seek further review by a higher state court?    ❐ Yes    ❐ No

        If yes, answer the following:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised:

    _____
    _____
    _____
    _____

(h) Did you file a petition for certiorari in the United States Supreme Court? ❏ Yes ❏ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ❏ Yes ❏ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised:

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❏ Yes  ❏ No

        (7) Result: _____

AO 241 (Rev. 09/17)

   (8) Date of result (if you know): _____

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

_____

_____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

   (7) Result: _____

   (8) Date of result (if you know): _____

 (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☐ No
(2) Second petition:  ☐ Yes   ☐ No
(3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Violation of due process of law in violation of the 14th Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Petitioner is held as a civil commitment in a maximum security prison without being charged with a crime,

He is denied his right to due process of law by the State holding him indefinitely in a maximum security prison.

He is not being treated by an accredited hospital for his mental illness and in fact his treatment is harmful and cruel

and violates the Amerrican's with Disability Act. He has been assigned a prisoner number without being convicted

.of a crime.

(b) If you did not exhaust your state remedies on Ground One, explain why: The Petitioner was committed and needs

mental health care not imprisonment. The is no alterrnative in the State of New Hampshire for those needing

secure care.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

  (2) If you did not raise this issue in your direct appeal, explain why:  There is no conviction.

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  ☐ Yes  ☐ No

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

  (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Violation of American's with Disabilities Act, Imprisonment rather than hospitalization

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State of New Hampshire has failed to provide accredited mental health care for the Petitioner.
The Petitioner is held in a maximum security state prison. He is held in solitary confinement 23 hours a day.
His own clothing has been taken. He must wearr prison garb identifying him as mental health detainee.
He has been tasered. He has been denied contact visits with his father and attorney. He is guarded by correction officers rather than cared for by mental health workers. There is a group of cages used to hold detainees falsely labelled as "treatment booths". The petitioner is incarcerated rather than hospitalized under color of law by the State of New Hampshire.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❐ Yes   ❐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes   ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❐ Yes ❐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ❐ Yes ❐ No

(4) Did you appeal from the denial of your motion or petition? ❐ Yes ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❐ Yes ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❒ Yes    ❒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes    ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ❏ Yes | ❏ No |
| (4) Did you appeal from the denial of your motion or petition? | ❏ Yes | ❏ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ❏ Yes | ❏ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Sandra  Bloomenthal, Esq., 1 Tara Blvd., Suite 200, Nashua, NH 003062 at all stages related to the civil commitment of the Petitioner.

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

There is no conviction and no criminal process pending.

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: that the Petitioner be released from the New State Prison for Men Special Psychiatric Unit and transfered to an accreditted specialized mental health hospital.

or any other relief to which petitioner may be entitled.

/s/ Sandra Bloomenthal
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 04/26/2018 (month, date, year).

Executed (signed) on 04/26/2018 (date).

/s/Sandra Bloomenthal, Esq.
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. Attorney for the Petitioner. The Petitioner is held involuntarily in the prison.