UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Andrew Butler                                          *

                                                               *

    v.                                                    *                    Docket No. 18-cv-336-JL

                                                               *

New Hampshire State Prison Warden*

and Deborah Robinson                             *

                                                               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>MOTION TO SEAL</u>**

The defendants, New Hampshire State Prison Warden and Deborah Robinson, by and through counsel, the New Hampshire Office of the Attorney General, respectfully request that the Court seal the Memorandum of Law accompanying their Motion to Dismiss and all the attachments thereto.  In support thereof, the defendants state as follows:

1.      Pursuant to N.H. District Court Local Rule (LR) 83.12(b), the defendants request that the Memorandum of Law accompanying the Motion to Dismiss and all the attachments thereto be filed under seal at a Level I, given the confidential health information that is contained in the filings, including information regarding the mental health of the petitioner, and that any proceeding in state court relative to such issues is confidential unless waived.

2.      For the same reasons, the defendants also request that the information submitted should be protected and kept confidential and under seal unless waived by the petitioner or an appropriate representative.

3.      No memorandum of law accompanies this motion.

Respectfully submitted,

NEW HAMPSHIRE STATE PRISON
WARDEN AND DEBORAH ROBINSON

GORDON J. MACDONALD
Attorney General


/s/  Lynmarie C. Cusack
Lynmarie C. Cusack, Bar No. 11266
Senior Assistant Attorney General
Lindsey B. Courtney, Bar No. 20671
Attorney
Attorney General's Office
Civil Bureau
33 Capitol Street
Concord, N.H.  03301-6397
(603) 271-3650
lynmarie.cusack@doj.nh.gov
lindsey.courtney@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system this 17th day of May 2018 to:

Sandra Bloomenthal, Esq.
Bloomenthal & Bloomenthal, PA
1 Tara Boulevard, Suite 200
Nashua, NH  03062


/s/  Lynmarie C. Cusack
Lynmarie C. Cusack