UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

***********************************

ANDREW BUTLER

        Plaintiff

        Docket No: 18-cv-336-JL

v.

NEW HAMPSHIRE STATE
PRISON WARDEN AND
DEBORAH ROBINSON

        Defendant

***********************************

# NOTICE OF CONSENT FOR LAWSUIT

NOW COMES, the Office of Public Guardian, by and through its counsel, Laurie Smith Young, Esq., and states the following:

1. On April 6, 2018 the New Hampshire Office of Public Guardian was appointed by the 9th Circuit Probate Division as Guardian of the Person for Plaintiff Andrew Butler.

2. This guardianship order was previously submitted by Defendant and marked as Exhibit 20 of the Defendant's Motion to Dismiss.

3. The Probate Court in its Order found Mr. Butler as incapable of exercising the right to: "initiate, defend or settle lawsuits."

4. Therefore, the Office of Public Guardian has been given the authority for whether Mr. Butler may initiate defend or settle lawsuits. See In re Salesky, 157 N.H. 698, 958 A.2d 948, (2008)(finding the rights removed from the petitioner in a guardianship order were the same powers and authorities conferred to the guardian).

5. The Office of Public Guardian consents to this lawsuit.

Dated: May 24, 2018

Respectfully submitted,
**Office of Public Guardian**

By its attorneys,
**Laurie Smith Young, Esq.**

By: /s/ Laurie Smith Young
Laurie Smith Young Esq.
2 Pillsbury Street Suite 400
Concord, New Hampshire 03301
Bar No: 266185
Lyoung@opgnh.org
(603) 224-8041

**CERTIFICATE OF SERVICE**

I, Laurie Smith Young, Esq., hereby certify that a copy of the foregoing has been served by use of the Court's CM/ECF to the following counsel of record on May 24, 2018: Gordon McDonald, Esq/ and Sandra Bloomental, Esq.

/s/ Laurie Smith Young
Laurie Smith Young, Esq.